01

02

03

04

05

06

07                   UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
08                          AT SEATTLE

09  CHARLES L. BOBO,                        )
                                            )
10          Plaintiff,                      )  CASE NO. C13-2204-MJP
                                            )
11          v.                              )
                                            )  REPORT AND RECOMMENDATION
12  STATE OF WASHINGTON                     )
    DEPARTMENT OF SOCIAL AND                )
13  HEALTH SERVICES,                        )
                                            )
14          Defendant.                      )
    _____ )
15

16          Plaintiff Charles L. Bobo, proceeding *pro se*, submitted an application to proceed *in*

17  *forma pauperis* (IFP) and a proposed complaint to this Court for review.  (Dkt. 1.)  Plaintiff

18  brings his claims against the State of Washington Department of Social and Health Services

19  ("DSHS"), alleging in essential part: "They said you did not report your wages from part-time

20  work in a timely manner."  (Dkt. 1-1 at 12.)

21          Given plaintiff's extensive filing history, the Honorable Ricardo S. Martinez has

22  ordered that, in deciding whether to grant plaintiff IFP status, the Court must determine whether

REPORT AND RECOMMENDATION
PAGE -1

01 good cause exists to permit the action to go forward, and that "Mr. Bobo cannot file the same

02 claims against the same defendant if those claims were dismissed with prejudice." *Bobo v.*

03 *County of Fresno Dependency Court*, C13-1044 (Dkt. 7). Plaintiff has filed the same or

04 similar complaints against DSHS in the past. *See*, *e.g.*, *Bobo v. DSHS*, C13-774-MJP, *Bobo v.*

05 *DSHS*, C13-1036-RSL, *Bobo v. DSHS*, C12-1992-RAJ. Because the Court has dismissed the

06 same claims against the same defendant on one or more occasions, *see*, *e.g.*, C13-774-MJP

07 (Dkt. 5), the Court recommends that plaintiff's IFP application be DENIED, and the present

08 complaint DISMISSED with prejudice. A proposed Order accompanies this Report and

09 Recommendation.

10       DATED this <u>3rd</u> day of January, 2014.

11

12                       Mary Alice Theiler

13                       Chief United States Magistrate Judge

14

15

16

17

18

19

20

21

22

REPORT AND RECOMMENDATION
PAGE -2