

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| CHARLES L. BOBO, | ) | CASE NO. C13-2204-MJP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER DENYING *IN FORMA* |
| | ) | *PAUPERIS* REQUEST AND |
| STATE OF WASHINGTON | ) | DISMISSING CASE |
| DEPARTMENT OF SOCIAL AND | ) | |
| HEALTH SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Court, having reviewed plaintiff's application to proceed *in forma pauperis* (IFP), the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Plaintiff's IFP application is DENIED;

    (3)    Plaintiff's complaint is DISMISSED, with prejudice, for filing duplicative claims against a defendant that plaintiff has named in previously-dismissed suits before this Court; and

01      (4)     The Clerk is directed to send copies of this Order to plaintiff and to the

02  Honorable Mary Alice Theiler.

03      DATED this 30th day of Jan., 2014

04

05                                    MARSHA J. PECHMAN
                                      Chief United States District Judge

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER DENYING IN *FORMA PAUPERIS*
REQUEST AND DISMISSING CASE
PAGE -2